**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. G-05-0151 |
| POST, BUCKLEY, SCHUH & JERNIGAN, INC., *et al.*, | § § § | |
| Defendants. | § § | |

**NOTICE OF CANCELLATION**

Parties are advised that the status scheduled for December 5, 2008, before United States District Judge Lee H. Rosenthal, has been CANCELED.

**Michael Milby, Clerk**

By: *Lisa Eddins*
   Lisa Eddins
   Case Manager to Judge Lee Rosenthal

Date: December 3, 2008