IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., | § § § | |
| Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. 3-05-0151 |
| POST, BUCKLEY, SCHUH & JERNIGAN, INC., et al., | § § § § | |
| Defendants. | § § | |

**ORDER**

The parties' request for an additional thirty (30) days, up to and including **January 16, 2009**, to file closing papers in this case or to report on what further steps may be necessary to bring this matter to a conclusion, is granted.

SIGNED on December 18, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge