IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FISHERMAN'S HARVEST, INC., et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:05-CV-0151 consolidated with |
| POST, BUCKLEY, SCHUH & JERNIGAN, INC., et al., | § § § | CIVIL ACTION NO. 3:06-CV-00069 (Judge Rosenthal) |
| Defendants. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Motion of Dismissal with Prejudice, it is hereby ORDERED that all claims that have been brought or that could have been asserted in the above-styled action are hereby dismissed with prejudice. It is further

ORDERED that each party shall bear its own costs, expenses, and attorney fees.

Signed this 15th day of January, 2009.

_____
Presiding Judge